UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                         :

FOREST L. FATE,
                                  Plaintiff,            :          ORDER

        -v.-
                                                       :          07 Civ. 9256 (JSR) (GWG)

JOHN DOE, et al.,
                              Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      This matter has been referred to the undersigned for general pretrial purposes.

      Each party must immediately inform the Court of any change in that party's address or telephone number in the future. If a party fails to do so, the case may be dismissed or a default entered.

      The Court is providing to the parties a pretrial schedule as set forth below. To the extent that any party wishes to object to this schedule, that party shall do so in writing mailed to the undersigned at: 500 Pearl Street, New York, New York 10007 on or before March 31, 2008. The Court will consider all written submissions. Unless the Court orders otherwise, however, the following schedule remains in effect:

1.    Any motion to amend the pleadings or join any other parties must be made by April 14, 2008.

2.    All documents requests must be served on or before April 14, 2008.

3.    Disclosures of the identities and reports of experts, if any, as required by Rule 26(a)(2)(A) and (B) will be made by May 29, 2008.

      The disclosure of identities and reports of any expert intended by an opposing party solely to rebut previously-disclosed expert evidence shall be made by June 12, 2008.

4.    Depositions of experts shall be completed by June 26, 2008.

5.  **All discovery must be completed by** June 26, 2008.

6.  If a party intends to file a dispositive motion, that party must so state to all other parties in writing on or before June 26, 2008. In addition, if the assigned District Judge has a pre-motion conference requirement, that party must make the request to the District Judge for such conference on or before June 26, 2008, and send a copy of that request to the undersigned.

7.  If the district judge has no pre-motion conference requirement, all pretrial motions, if any, must be filed by July 24, 2008. Such motion shall comport with the requirements for motions reflected in the assigned District Judge's Individual Practices.

8.  Plaintiff will supply pretrial order materials to defendant(s), in accordance with the Individual Practices of the assigned District Judge, on or before July 24, 2008.

9.  The parties will submit a joint pretrial order in accordance with rules of the assigned District Judge, on or before August 7, 2008. In the event any party fails to cooperate in the production of the joint pretrial order, each party shall submit to the Court its own portion of such order.

10. Should a dispositive motion be timely filed by any party, the dates listed in paragraphs 8 and 9 shall be extended until 30 days and 45 days respectively following the disposition of the dispositive motion.

11. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Failure to comply with the terms of this Order may result in sanctions. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied.

12. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.

Dated: New York, New York
February 29, 2008

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies to:

Forest L. Fate
Wilson County Jail
P.O. Box 2405
Wilson, NC 27894

Daniel J. Block
11 New Hempstead Road
New City, NY 10956