UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
FOREST L. FATE,                                              :
                     Plaintiff,                         :    ORDER
:
      -v.-                                                   :
:    07 Civ. 9256 (JSR) (GWG)
:
JOHN DOE, et al.,                                            :
:
                 Defendants.                        :
:
------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

       On February 29, 2008, this Court issued an Order containing a proposed schedule for discovery. The Order was sent to plaintiff at the Wilson County Jail in North Carolina --the address provided by plaintiff in his complaint. The Order was returned as undeliverable with the notation "not here." A clerk to the undersigned called the jail and was informed that Fate had been released on December 14, 2007. The clerk was also informed that Fate's last known address was 506 Lodge St., Wilson, NC 27893.

       The last document in the Court file reflecting an address from plaintiff is the request for service (Docket #6). In that document, Fate gave as his address a post office box in New City, New York.

       Fate has not provided the Court with a current address. Accordingly, the Court hereby directs Fate to send a letter containing his current address and telephone number. The letter shall be sent on or before March 30, 2008. Fate should also telephone (212) 805-4260 to provide the same information if he is able to do so

       Fate is warned that if he fails to send the letter described above, <u>his case may be dismissed</u>.

       This order is being sent to both the New City address and to the address provided by the jail.

SO ORDERED.

Dated: March 12, 2008
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies mailed to:

Forest L. Fate
506 Lodge St.
Wilson, NC 27893.

Forest L. Fate
P.O. Box 2405
New City, NY 10956

Daniel J. Block
11 New Hempstead Road
New City, NY 10956