```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FOREST L. FATE,                       :
                                      :
           Plaintiff,                 :    07 Civ. 9256 (JSR)
                                      :
       -v-                            :         ORDER
                                      :
JOHN DOE et al.,                      :
                                      :
           Defendants.                :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

   On April 16, 2008, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned case recommending that the complaint be dismissed, without prejudice, for failure to prosecute. Plaintiff has failed to file any objection to the Report and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002). Accordingly, the Court hereby adopts the Report in full, dismissing the complaint without prejudice for failure to prosecute.

   SO ORDERED.

                                           _____
                                              JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        July 7, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-08
```